IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALT5 SIGMA CORP., | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | Case No. |
| v. | ) | |
| | ) | |
| WELLINGTON PEEL, LLC, JEAN-FRANCOIS AMYOT, HUGUES BENOIT and PRIME DELTA CORP., | ) ) ) | Removed from the Court of Chancery for the State of Delaware, Case No. 2025-1277 |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I, Robert Karl Hill, hereby certify that on November 18, 2025, I filed the foregoing Notice of Removal with the Clerk using the CM/ECF system. Additionally, I hereby certify that on November 18, 2025, I served the foregoing Notice of Removal on counsel of record below by electronic mail and hand delivery at the address below:

Brock E. Czeschin
Richards, Layton & Finger, P.A.
920 N. King Street
Wilmington, DE 19801
czeschin@rlf.com

      /s/ *Robert Karl Hill*
      ROBERT KARL HILL (2747)