

Brock E. Czeschin
302-651-7571
Czeschin@rlf.com

November 20, 2025

**BY E-FILE & HAND DELIVERY**

The Honorable Richard G. Andrews
United States District Court
District of Delaware
844 North King Street
Wilmington, DE 19801

        Re:   *Alt5 Sigma Corp. v. Wellington Peel, LLC et al.*,
              C.A. No. 25-1407-UNA

Dear Judge Andrews,

    From the docket, it is our understanding that Your Honor is presently serving as the Duty Judge. We write on behalf of Plaintiff Alt5 Sigma Corp. ("Plaintiff") to respectfully request that Your Honor order the above-referenced action to be judicially assigned at the Court's first availability so an expedited hearing can be held on Plaintiff's motions for expedited proceedings and for a temporary restraining order.

    On November 4, 2025, Plaintiff filed a verified complaint in the Delaware Court of Chancery seeking, *inter alia*, preliminary and permanent injunctive relief, including a temporary restraining order, a return of confidential information, data, and files taken by Defendants and an order enjoining further access and use by Defendants of Plaintiff's confidential information and data. Concurrently with the filing of the complaint, Plaintiff filed a motion for temporary restraining order and a motion for expedited proceedings (the "Motions").

    On November 18, 2025, Defendants filed a notice of removal but have not yet responded to the pending Motions. In light of the pending Motions and the relief sought therein, Plaintiff respectfully requests that this action be submitted for prompt judicial assignment to facilitate the scheduling of a hearing on the Motions at the Court's first availability.

                                              Respectfully submitted,

                                              */s/ Brock E. Czeschin*

                                              Brock E. Czeschin (#3938)

cc:    Robert Karl Hill, Esq., Counsel for Defendants (via CM/ECF)