IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALT5 SIGMA CORP., <br><br> Plaintiff, <br><br> v. <br><br> WELLINGTON PEEL, LLC, JEAN-FRANCOIS AMYOT, HUGUES BENOIT, and PRIME DELTA CORP, <br><br> Defendants. | Civil Action No. 25-1407-RGA |

ORDER

Plaintiff has requested an "expedited hearing" on its "motion for expedited proceedings and for a temporary restraining order."

The case was filed in the Court of Chancery on November 4, 2025. Defendants are therefore ORDERED to file a brief in response to the motion for expedited proceedings and for a temporary restraining order by the COB November 24, 2025.

IT IS SO ORDERED the 21st of November 2025.

                                                      /s/ Richard G. Andrews
                                                      United States District Judge