# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALT5 SIGMA CORP., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 25-01407-CFC |
| v. | ) |
| | ) Removed from the Court of |
| WELLINGTON PEEL, LLC, JEAN-FRANCOIS AMYOT, HUGUES BENOIT, and PRIME DELTA CORP., | ) Chancery for the State of |
| | ) Delaware, Case No. 2025-1277 |
| | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Alt5 Sigma Corp., by its attorneys, hereby voluntarily dismisses this action without prejudice.

1

OF COUNSEL:

J.A. Schneider
Leslie Suson
THOMPSON HINE, LLP
3560 Lenox Road NE
Suite 1600
Atlanta, Georgia 30326
(404) 541-2900

Faith L. Charles
Riccardo DeBari
Brian Lanciault
THOMPSON HINE, LLP
300 Madison Avenue, 27th Floor
New York, New York 10017
(212) 344-5680

Thomas F. Zych
THOMPSON HINE, LLP
3900 Key Center
127 Public Square
Cleveland, Ohio 44114
(216) 566-5500

Dated: November 26, 2025

/s/ Steven E. Fineman
Brock E. Czeschin (#3938)
Steven E. Fineman (#4025)
Alexandra M. Ewing (#6407)
Brendan W. Clark (#7383)
RICHARDS, LAYTON & FINGER, P.A.
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
czeschin@rlf.com
fineman@rlf.com
ewing@rlf.com
clark@rlf.com

*Attorneys for Plaintiff Alt5 Sigma Corp.*